Kian Mottahedeh (SBN: 247375)
SM Law Group, APC
16130 Ventura Blvd, Suite 660
Encino, CA 91436
Tel: (818) 855-5950
Facsimile: (818) 855-5952
Kian@smlawca.com
*Attorney for Plaintiff, Beutrice Harrisbishop,
And all others similarly situated*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEUTRICE HARRISBISHOP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A.P.C., a California Professional Corporation; and JOHN AND JANE DOES 1 THROUGH 25,<br><br>Defendants. | Case No.: 2:20-cv-07122<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-15.7, PLEASE TAKE NOTICE that the parties in the above-captioned actions have reached an agreement to settle all claims between Plaintiff and Defendant Patenaude & Felix, A.P.C. A formal settlement agreement will be circulated between the parties for review and approval. Once all the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

Respectfully submitted,

**STIPULATION OF PARTIAL DISMISSAL**

Dated: February 19, 2021

s/ *Kian Mottahedeh*
Kian Mottahedeh SBN: 247375
SM Law Group, APC
16130 Ventura Blvd, Suite 660
Encino, CA 91436
Tel: (818) 855-5952
Fax: (818) 855-5052
E-mail: kian@smlawca.com
*Attorney for Plaintiff, Beutrice Harrisbishop, and all others similarly situated*

-2-
**NOTICE OF SETTLEMENT**