UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:20-cv-07122-ODW (KSx) | Date | April 6, 2021 |
|---|---|---|---|
| Title | *Buetrice Harrisbishop v. Patenaude and Felix APC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**           **In Chambers**

    Based on Plaintiff's previously filed Notice of Settlement, indicating this case has settled in its entirety, the Court vacated all dates and deadlines in this action and placed the case on inactive status. (Order Vacating Dates, ECF No. 19.) The Court also ordered the parties to file a dismissal complying with Federal Rule of Civil Procedure 41 no later than **April 2, 2021**, and notified Plaintiff that failure to timely comply with the Order would result in the dismissal of this action. (*Id.*) To date, the Court has received no filing in response to the Court's Order.

    "The Court has the inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions pursuant to [Rule] 41(b) for failure . . . to comply with court orders." *Rollins v. Super. Ct. of L.A.*, 706 F. Supp. 2d 1008, 1013 (C.D. Cal. 2010); *see also* Fed. R. Civ. P. 41(b) (permitting dismissal "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order"). In part because the parties have already settled, the Court finds that dismissal (1) is consistent with the public interest in expeditious resolution of litigation; (2) is consistent with the Court's need to manage its docket; (3) does not pose a risk of prejudice to either party; (4) is not an overly drastic sanction; and (5) does not violate the public policy favoring disposition of cases on their merits. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).

//
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-07122-ODW (KSx) | Date | April 6, 2021 |
|---|---|---|---|
| Title | *Buetrice Harrisbishop v. Patenaude and Felix APC et al.* | | |

    Thus, the Court **DISMISSES** this action for lack of prosecution and for failure to comply with the Orders of the Court. *See* Fed. R. Civ. P. 41(b). The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                                                              :   00

Initials of Preparer    SE